**Order entered June 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01604-CR

**AUSTIN BILL HIXSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81668-2014**

## ORDER

The Court **GRANTS** appellant's June 9, 2015 motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **FIFTEEN (15) DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE